

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00738-CV

**IN THE INTEREST OF J.J.H.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02764
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is not able to afford payment of costs. No costs of court are taxed in this appeal.

SIGNED February 6, 2019.

_____
Patricia O. Alvarez, Justice